IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JARED PERSONS;

  Plaintiff,

v.

BUDGET RENT A CAR, INC.;
SUBROGATION MANAGEMENT TEAM,
LTD.; GLOBAL COLLECTION AND
RECOVERIES, LLC;

  Defendants.

Civil Action No.: 1:09-cv-572

## COMPLAINT

**COMES NOW** the Plaintiff, JARED PERSONS, by and through his attorney of record, and for his Complaint against the Defendants, BUDGET RENT A CAR, INC.; SUBROGATION MANAGEMENT TEAM, LTD.; GLOBAL COLLECTION AND RECOVERIES, LLC (Defendants), states as follows:

## STATEMENT OF THE CASE

1.    This is an action for damages brought by an individual consumer for Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices. This is also an action for violating the Electronic Funds Transfers Act,

15 U.S.C. § 1693 *et seq.*, which prohibits the unauthorized electronic transfer of funds from a consumer's account.

## JURISDICTION AND VENUE

2. This action arises under the FDCPA. Jurisdiction is conferred on this Court by 28 U.S.C. § 1337 AND 15 U.S.C. § 1692k(d), because this civil action arises under the laws of the United States of America. Supplemental jurisdiction exists for the state law claims, 28 U.S.C. § 1367. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

3. Venue is proper in this judicial district under 28 U.S.C. § 1391(c) and 15 U.S.C. § 1692 *et seq.* because Defendant corporations are doing business within this judicial district, part of the claims alleged herein arose in this judicial district, and the Defendant corporations are charged with the violation is located in this judicial district.

## PARTIES

4. Plaintiff, Jared Persons (hereinafter "Plaintiff"), is an adult male resident of the State of Alabama and of this judicial district. At the time this cause of action arose, Plaintiff resided in Mobile County, Alabama.

5. Defendants SUBROGATION MANAGEMENT TEAM, LTD., by and through its agents, employees or representatives and, but not limited to, Amelia Dangerfield, and GLOBAL COLLECTION AND RECOVERIES, LLC., Texas corporations, were employed at all material times as debt collectors for BUDGET RENT A CAR, INC., a Delaware Corporation. The principal purpose of Defendants SUBROGATION MANAGEMENT TEAM, LTD. and GLOBAL COLLECTION AND RECOVERIES,

LLC., business is to regularly attempt to collect debts alleged to be due another. Defendant, BUDGET RENT A CAR, INC., is engaged in the car rental business and conducts business across the United States of America.

6. Defendants are "debt collectors" as defined by 15 U.S.C. § 1692a(6).

## STATEMENT OF FACTS

7. On or about September 10, 2008, Plaintiff leased a two door, 2007 Jeep Wrangler from Budget Rent a Car in Telluride, Colorado. Plaintiff returned the Jeep Wrangler to Budget Rent a Car on September 14, 2008.

8. Plaintiff and Defendant, Budget Rent a Car, agreed upon the charge of $665.00 for the Jeep Wrangler rental and the Defendant was to charge Plaintiff's Discover card that amount, which was authorized by Plaintiff. Upon receipt of Plaintiff's Discover card statement, Defendant had actually charged $995.00, a charge that was not authorized by Plaintiff.

9. On or about October 31, 2008, Defendant, Subrogation Management Team, LTD., drafted a debt collection letter and sent it to Plaintiff regarding damage that Plaintiff allegedly caused to the Jeep Wrangler owned by Budget Rent a Car. On and before November 21, 2008, Plaintiff verbally disputed this debt and then confirmed in writing the dispute. (See documents related to the dispute attached as "Exhibit A").

10. After November 21, 2008, Defendants continued to send collection letters to Plaintiff including Defendant Global Collection & Recoveries, LLC. Defendants failed or refused or misrepresented the validity of the alleged debt and continued to send collection letters to Plaintiff. Plaintiff complied in all respects with 15 U.S.C. §1692g.

11. During the time period specified above, Defendants unlawfully pursued a debt against and Alabama resident or did unlawfully take funds belonging to the Plaintiff within the state of Alabama. The Defendants are entities engaged in activities affecting interstate commerce

## COUNT ONE

## FAIR DEBT COLLECTION PRACTICES ACT

12. Plaintiff adopts and re-alleges each and every allegation contained in this Complaint as if set forth herein and further alleges as follows:

13. Defendants violated the FDCPA. Defendant's violations include, but are not limited to, the following:

(a) The Defendants violated 15 U.S.C. § 1692c(c) by contacting the Plaintiff after the Plaintiff requested the Defendants cease communications with the Plaintiff;

(b) The Defendants violated 15 U.S.C. § 1692g by making a threat of suit during the debt validation request period in a manner that overshadowed the notice of validation rights and would create confusion for a least sophisticated consumer about his rights;

(c) The Defendants violated 15 U.S.C. § 1692g(b) by failing to provide verification of the debt and continuing its debt collection efforts after the Plaintiff had disputed the debt in writing within thirty days of receiving notice of the 15 U.S.C. § 1692g debt validation rights;

(d) The Defendants violated 15 U.S.C. § 1692e by misleading the Plaintiff or making false representations to the Plaintiff as to the character, amount or legal status of the debt;

14. As a result of the above violations of the FDCPA, the Defendants are liable to the Plaintiff for declaratory judgment that Defendants' conduct violated FDCPA, and Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff demands the following relief:

   a. Damages equal to the amount of any wages, salary, employment benefits, or other compensation denied to Plaintiff by reason of each Defendants' violations;

   b. Any actual monetary losses sustained by Plaintiff as a direct result of each Defendants violations;

   c. Injunctive relief;

   d. Prejudgment interest;

   e. Attorneys' fees;

   f. Costs;

   g. Liquidated damages to deter such conduct in the future; and

   h. Such other legal or equitable relief as may be appropriate to effectuate the purposes of the FDCPA or to which he may be entitled.

## COUNT TWO

15. Plaintiff repeats and realleges and incorporates by reference the foregoing paragraphs.

16. Defendant owes Plaintiff $346.00 dollars for money the unauthorized transfer of funds from Plaintiff's credit card and received from one Budge Rent a Car on or about the 10th day of September, 2008, to be paid by Defendant to Plaintiff.

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendants for the following:

a. Declaratory judgment that Defendants' conduct violated FDCPA, and declaratory and injunctive relief for the Defendant's, Budget Rent a Car's, violation taking of funds without authorization;

b. Actual damages;

c. Statutory damages pursuant to 15 U.S.C. § 1692k;

d. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k;

e. For such other and further relief as may be just and proper.

**PLAINTIFF DEMANDS TRIAL BY JURY.**

Respectfully submitted,

_____
JARED PERSONS

STATE OF ALABAMA          §
COUNTY OF MOBILE          §

I, the undersigned, a Notary Public in and for said County and State, hereby certify that JARED PERSONS, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he executed the same voluntarily on the day that same bears date.

Given under my hand this, the ___8___ day of __September__, 2009.

_____
NOTARY PUBLIC
My commission expires: __11-15-09__

*s/W. Bradford Kittrell*
W. BRADFORD KITTRELL
Federal Bar Number: (KITW3444)
Attorney for Plaintiff, Jared Persons

**OF COUNSEL:**
KITTRELL & ROWAN, P.C.
Post Office Box 264
Mobile, Alabama 36601-0264
(251) 432-0525 *telephone*
(251) 432-0525 *facsimile*
bkittrell@kittrell-rowan.com

**DEFENDANTS MAY BE SERVED AS FOLLOWS**

BUDGET RENT A CAR, INC.
150 S Perry Street
Montgomery, AL 36104

SUBROGATION MANAGEMENT TEAM LTD
204 East Rhapsody
San Antonio, TX 78216

GLOBAL COLLECTION AND RECOVERIES, LLC
P.O. Box 460589
San Antonio, TX 78246