**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

JARED PERSONS;

    Plaintiff,

v.                                                                        Civil Action No.: 1:09-cv-572

BUDGET RENT A CAR, INC.;
SUBROGATION MANAGEMENT TEAM,
LTD.; GLOBAL COLLECTION AND
RECOVERIES, LLC;

    Defendants.

## PLAINTIFF'S MOTION TO DISMISS

COMES NOW the Plaintiff, pursuant to Rule 41(a)(1), Fed.R.Civ.P., and moves to voluntarily dismiss the defendants to this cause without prejudice. The parties have entered into a settlement agreement pending the execution of a mutual release. The Defendant has not filed an Answer to Plaintiff's Complaint.  Plaintiff respectfully requests that this action be dismissed in 30 days.

Respectfully submitted,


*s/ W. Bradford Kittrell*
W. BRADFORD KITTRELL (KITTW3444)
Attorney for Plaintiff

OF COUNSEL:
TAYLOR MARTINO ZARZAUR, P.C.
Post Office Box 894
Mobile, AL 36601
(251) 433-3131 Telephone
(251) 405-5080 Facsimile
bkittrell@taylormartino.com